MICHAEL A. DESHONG
X9290

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | UNITED STATES DISTRICT COURT | |
| 3 | SOUTHERN DISTRICT OF CALIFORNIA | |

**FILED**
DEC 0 4 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

v.

Elena RODRIGUEZ,

           Defendant.

Case No.:

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

**17MJ4567**

The undersigned complainant being duly sworn states:

## COUNT 1

On or about December 3, 2017, within the Southern District of California, defendant, Elena RODRIGUEZ, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 25.00 kilograms (55.00 pounds), of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about December 3, 2017, within the Southern District of California, defendant, Elena RODRIGUEZ, did knowingly and intentionally import 400 grams and more, to wit: approximately 1.12 kilograms (2.46 pounds), of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethly)-4-piperidiny] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 3

On or about December 3, 2017, within the Southern District of California, defendant, Elena RODRIGUEZ, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 5.50 kilograms (12.50 pounds), of a mixture or substance containing a detectable amount of heroin a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Brian Ficucell
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS _4rd___ DAY OF DECEMBER 2017.

KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

United States of America
vs.
Elena RODRIGUEZ

## PROBABLE CAUSE STATEMENT

I, Special Agent Brian Ficucell, declare under penalty of perjury, the following is true and correct:

On December 3, 2017, at approximately 2:55 p.m., Elena RODRIGUEZ, a United States Citizen, attempted to enter the United States at the Otay Mesa, California, Port of Entry. RODRIGUEZ was the driver of a blue Dodge Avenger bearing California license plates.

During a preprimary inspection of the vehicle, a Human and Narcotic Detection Dog (NHDD) alerted to the presence of a narcotic odor coming from the passenger side rocker panel. The vehicle was referred for further inspection.

The vehicle was then sent through the Z-Portal X-Ray machine and officers observed anomalies in the driver side and passenger side rocker panels. During a complete inspection, officers found twenty (20) packages weighing 25.00 kilograms of a substance that field tested positive for cocaine, one package weighing 1.12 kilograms that field tested positive for Fentanyl, and five packages weighing 5.50 kilograms that field tested positive for Heroin.

RODRIGUEZ was arrested and charged with violation(s) of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance.